IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY GEORGE PLENTYHAWK, JR.,<br><br>Defendant. | CR 19-148-BLG-SPW<br><br>ORDER |

Due to the recent COVID-19 outbreak, and upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Tuesday, November 24, 2020 at 10:30 a.m. is **VACATED** and **RESET** to commence **VIA VIDEO** from **Crossroads Correctional Facility (Shelby, MT)** on **Tuesday, November 24, 2020 at 2:00 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 9th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE